01/31/2008 11:12 FAX 14153511389                                          001/001

ADR

E-FILING

ORIGINAL FILED

JAN 3 1 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

1  F.T. ALEXANDRA MAHANEY (SBN 125984)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399

5  ALBERT P. HALLUIN (SBN 152487)
   WILSON SONSINI GOODRICH & ROSATI
6  Professional Corporation
   650 Page Mill Road
7  Palo Alto, CA 94304
   Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811

9  Attorneys for Plaintiff SB2, INC.

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  SB2, INC.,                          )   CASE NO.
                                        )
15           Plaintiff,                 )   C08   00730
                                        )   CERTIFICATION OF INTERESTED
16  V.                                  )   ENTITIES OR PERSONS     WDB
                                        )
17  ALEXION PHARMACEUTICALS, INC.,      )
                                        )
18           Defendant.                 )
                                        )
19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES                    C:\NrPortbl\PALIB1\KBLU\3281734_1.DOC

1        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities have a financial interest in plaintiff SB2, Inc.:

4        CLS 1-1V, LLC

5        Caran Establishment

6        Robert A. Fildes

7        Hiddeo Hattori

8        Junichi Hattori

9        Henry Lewis

10       Lynn Pura

11       Paul H. Williams

12

13   Dated: January 30, 2008    WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

14

15

16       By: _____
                                 F.T. Alexandra Mahaney

17       Attorneys for Plaintiff SB2, INC.

18

19

20

21

22

23

24

25

26

27

28