1    F.T. ALEXANDRA MAHANEY (SBN 125984)
     WILSON SONSINI GOODRICH & ROSATI
2    Professional Corporation
     12235 El Camino Real, Suite 200
3    San Diego, CA 92130-3002
     Telephone:  (858) 350-2300
4    Facsimile:   (858) 350-2399

5    ALBERT P. HALLUIN (SBN 152487)
     WILSON SONSINI GOODRICH & ROSATI
6    Professional Corporation
     650 Page Mill Road
7    Palo Alto, CA  94304
     Telephone:  (650) 493-9300
8    Facsimile:  (650) 493-6811

9    Attorneys for Plaintiff SB2, INC.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        (OAKLAND DIVISION)

14

15   SB2, INC.,                          )    CASE NO. C 08-00730 WDB
                                         )
16            Plaintiff,                 )
                                         )    **UNOPPOSED MOTION FOR**
17   V.                                  )    **ADMINISTRATIVE RELIEF TO**
                                         )    **CONTINUE INITIAL CASE**
18   ALEXION PHARMACEUTICALS, INC.,      )    **MANAGEMENT CONFERENCE**
                                         )
19            Defendant.                 )    Hon. Wayne D. Brazil
                                         )    Courtroom 3, Third Floor
20   _____)

21

22

23

24

25

26

27

28

1       Plaintiff SB2, Inc. requests that the Court continue the May 19, 2008 Initial Case

2  Management Conference in this matter for two months to allow the parties to continue their

3  settlement discussions.

4       An initial case management conference in this matter is currently scheduled for May 19,

5  2008 at 4:00 p.m.  The deadline for serving the Complaint is May 30, 2008 and the Complaint has

6  not yet been served on the defendant.  *See* Declaration of F.T. Alexandra Mahaney, ¶ 4, included

7  herewith.  The defendant has not yet filed an answer to the Complaint and the parties are engaged

8  in settlement discussions.  *Id.*  In light of this, Plaintiff requests a two month continuance of the

9  May 19, 2008 Initial Case Management Conference to allow the parties necessary additional time

10  to discuss resolution and avoid potential wasting of the resources of both the parties and the Court.

11  Defendant does not oppose this request.  *Id.* at ¶ 6.  A stipulation with defendant could not be

12  reached because defendant has not yet appeared in this case.  *Id.* at ¶ 7.

13

14

15  Dated: April 11, 2008                Respectfully submitted,
                                WILSON SONSINI GOODRICH & ROSATI

16                                Professional Corporation

17

18                              By:   s/F.T. Alexandra Mahaney
                                        F.T. Alexandra Mahaney

19                              Attorneys for Plaintiff SB2, INC.

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION FOR               1              CASE NO. C 08-00730 WDB
ADMINISTRATIVE RELIEF TO CONTINUE                           3335879_1.DOC
INITIAL CASE MANAGEMENT
CONFERENCE

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*SB2, Inc. v. Alexion Pharmaceuticals, Inc.*
Case No. C-08-00730 WDB

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 11, 2008, I served a copy(ies) of the following document(s):

**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| The Corporation Trust Company | Agent for Service for Defendant |
| Corporation Trust Center | ALEXION |
| 1209 Orange Street | PHARMACEUTICALS, INC. |
| Wilmington, DE 19801 | |
| Telephone: (302) 658-7581 | |
| Facsimile: (302) 655-5049 | |

☒   (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 11, 2008.

_____
Kirsten Blue

3336070_1.DOC

CERTIFICATE OF SERVICE                                              CASE NO. C-08-0133 RMW

1  F.T. ALEXANDRA MAHANEY (SBN 125984)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399

5  ALBERT P. HALLUIN (SBN 152487)
   WILSON SONSINI GOODRICH & ROSATI
6  Professional Corporation
   650 Page Mill Road
7  Palo Alto, CA 94304
   Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811

9  Attorneys for Plaintiff SB2, INC.

10

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       (OAKLAND DIVISION)

14

15  SB2, INC.,                          )   CASE NO. C 08-00730 WDB
                                        )
16          Plaintiff,                  )
                                        )   **DECLARATION OF F.T.**
17  V.                                  )   **ALEXANDRA MAHANEY IN**
                                        )   **SUPPORT OF UNOPPOSED**
18  ALEXION PHARMACEUTICALS, INC.,      )   **MOTION FOR ADMINISTRATIVE**
                                        )   **RELIEF TO CONTINUE INITIAL**
19          Defendant.                  )   **CASE MANAGEMENT**
                                        )   **CONFERENCE**
20                                      )
                                        )   Hon. Wayne D. Brazil
21                                      )   Courtroom 3, Third Floor
                                        )
22

23

24

25

26

27

28

DECLARATION OF F.T. ALEXANDRA MAHANEY
IN SUPPORT OF UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

CASE NO. C 08-00730 WDB
3335915_1.DOC

1    I, F.T. Alexandra Mahaney, declare as follows:

2    1.    I am an attorney admitted to practice law in the State of California, and am

3 a member of the firm Wilson Sonsini Goodrich & Rosati, attorneys for the Plaintiff SB2, Inc.

4    2.    I have personal knowledge of the facts stated herein, and if called upon to

5 testify thereon as a witness, I could and would do so.

6    3.    An initial case management conference in this matter is currently

7 scheduled for May 19, 2008 at 4:00 p.m.

8    4.    The deadline for serving the Complaint is May 30, 2008 and the

9 Complaint has not yet been served on the defendant.  The defendant has not yet filed an answer

10 to the Complaint and the parties are engaged in settlement discussions.

11    5.    Plaintiff requests a two month continuance of the May 19, 2008 Initial

12 Case Management Conference.

13    6.    Defendant has informed me that it does not oppose Plaintiff's request for a

14 two month continuance of the May 19, 2008 Initial Case Management Conference.

15    7.    A stipulation with defendant could not be reached because defendant has

16 not yet appeared in this case.

17    I declare under penalty of perjury under the laws of the United States that the foregoing is

18 true and correct.  Executed this 11th day of April 2008, in San Diego, California.

19

20    s/F.T. Alexandra Mahaney

F.T. Alexandra Mahaney

21

22

23

24

25

26

27

28

DECLARATION OF F.T. ALEXANDRA MAHANEY
IN SUPPORT OF UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE

CASE NO. C 08-00730 WDB
3335915_1.DOC

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*SB2, Inc. v. Alexion Pharmaceuticals, Inc.*
Case No. C-08-00730 WDB

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 11, 2008, I served a copy(ies) of the following document(s):

**DECLARATION OF F.T. ALEXANDRA MAHANEY IN SUPPORT OF UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| The Corporation Trust Company | Agent for Service for Defendant |
| Corporation Trust Center | ALEXION |
| 1209 Orange Street | PHARMACEUTICALS, INC. |
| Wilmington, DE 19801 | |
| Telephone: (302) 658-7581 | |
| Facsimile: (302) 655-5049 | |

☒ (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 11, 2008.

_____
Kirsten Blue

-1-

CERTIFICATE OF SERVICE

3336070_1.DOC
CASE NO. C-08-0133 RMW

1  F.T. ALEXANDRA MAHANEY (SBN 125984)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399

5  ALBERT P. HALLUIN (SBN 152487)
   WILSON SONSINI GOODRICH & ROSATI
6  Professional Corporation
   650 Page Mill Road
7  Palo Alto, CA 94304
   Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811

9  Attorneys for Plaintiff SB2, INC.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        (OAKLAND DIVISION)

14  SB2, INC.,                          )   CASE NO. C 08-00730 WDB
                                        )
15             Plaintiff,               )
                                        )   **[PROPOSED] ORDER TO**
16  V.                                  )   **CONTINUE INITIAL CASE**
                                        )   **MANAGEMENT CONFERENCE**
17  ALEXION PHARMACEUTICALS, INC.,      )
                                        )   Hon. Wayne D. Brazil
18             Defendant.               )   Courtroom 3, Third floor
                                        )
19

20       Plaintiff's Motion for Administrative Relief to Continue Initial Case Management

21  Conference is hereby GRANTED.

22       IT IS HEREBY ORDERED:

23       The Initial Case Management Conference in this matter scheduled for May 19, 2008 is

24  continued to _____, 2008 at _____ ___.m.

25

26  Dated: April ___, 2008.          _____
                                     THE HONORABLE WAYNE D. BRAZIL
27

28

1

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
2    *SB2, Inc. v. Alexion Pharmaceuticals, Inc.*
Case No. C-08-00730 WDB

3

4    I, Kirsten Blue, declare:

5         I am and was at the time of the service mentioned in this declaration, employed in the
County of San Diego, California. I am over the age of 18 years and not a party to the within
6    action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

7         On April 11, 2008, I served a copy(ies) of the following document(s):

8    **[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE**

9
on the parties to this action by placing them in a sealed envelope(s) addressed as follows:
10

11         The Corporation Trust Company        Agent for Service for Defendant
Corporation Trust Center              ALEXION
12         1209 Orange Street                   PHARMACEUTICALS, INC.
Wilmington, DE 19801
13         Telephone: (302) 658-7581
Facsimile: (302) 655-5049

14
☒    (BY FACSIMILE) I caused to be transmitted by facsimile machine (number of sending
15         facsimile machine is (858) 350-2399 at the time stated on the attached transmission
report(s) by sending the documents(s) to (see above). The facsimile transmission(s)
16         was/were reported as complete and without error.

17         I declare under penalty of perjury under the laws of the United States that the above is true
and correct, and that this declaration was executed on April 11, 2008.
18

19
_____
20                                        Kirsten Blue

21

22

23

24

25

26

27

28

3336070_1.DOC

CERTIFICATE OF SERVICE                                        CASE NO. C-08-0133 RMW