1  F.T. ALEXANDRA MAHANEY (SBN 125984)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile: (858) 350-2399

5  ALBERT P. HALLUIN (SBN 152487)
   WILSON SONSINI GOODRICH & ROSATI
6  Professional Corporation
   650 Page Mill Road
7  Palo Alto, CA 94304
   Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811

9  Attorneys for Plaintiff SB2, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   (OAKLAND DIVISION)

14  SB2, INC.,                    )  CASE NO. C 08-00730 WDB
                                  )
15        Plaintiff,              )
                                  )  **[PROPOSED] ORDER TO**
16  V.                            )  **CONTINUE INITIAL CASE**
                                  )  **MANAGEMENT CONFERENCE**
17  ALEXION PHARMACEUTICALS, INC.,)
                                  )  Hon. Wayne D. Brazil
18        Defendant.              )  Courtroom 3, Third floor
                                  )
19

20     Plaintiff's Motion for Administrative Relief to Continue Initial Case Management

21  Conference is hereby GRANTED.

22     IT IS HEREBY ORDERED:

23     The Initial Case Management Conference in this matter scheduled for May 19, 2008 is

24  continued to July 24, 2008 at 4:00 p.m.

25

26  Dated: April 15, 2008.                    _____
                                              THE HONORABLE WAYNE D. BRAZIL
27

28

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*SB2, Inc. v. Alexion Pharmaceuticals, Inc.*
Case No. C-08-00730 WDB

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On April 11, 2008, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-7581<br>Facsimile: (302) 655-5049 | Agent for Service for Defendant<br>ALEXION<br>PHARMACEUTICALS, INC. |

☒ **(BY FACSIMILE)** I caused to be transmitted by facsimile machine (number of sending facsimile machine is (858) 350-2399 at the time stated on the attached transmission report(s) by sending the documents(s) to (see above). The facsimile transmission(s) was/were reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on April 11, 2008.

_____
Kirsten Blue