1  F.T. ALEXANDRA MAHANEY (SBN 125984)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   12235 El Camino Real, Suite 200
3  San Diego, CA 92130-3002
   Telephone: (858) 350-2300
4  Facsimile:  (858) 350-2399

5  ALBERT P. HALLUIN (SBN 152487)
   WILSON SONSINI GOODRICH & ROSATI
6  Professional Corporation
   650 Page Mill Road
7  Palo Alto, CA 94304
   Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811

9  Attorneys for Plaintiff SB2, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    (OAKLAND DIVISION)

14  SB2, INC.,                        )   CASE NO. C 08-00730 WDB
                                      )
15            Plaintiff,              )
                                      )   **NOTICE OF VOLUNTARY**
16  V.                                )   **DISMISSAL WITHOUT PREJUDICE**
                                      )
17  ALEXION PHARMACEUTICALS, INC.,    )
                                      )
18            Defendant.              )
                                      )

19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL                    CASE NO. C 08-00730 WDB
WITHOUT PREJUDICE

1  NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff
2  SB2, Inc., through its designated counsel, hereby voluntarily dismisses this action without
3  prejudice.

4

5  Dated: May 29, 2008        WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation
6

7
                               By: s/F.T. Alexandra Mahaney
8                                  F.T. Alexandra Mahaney

9                              Attorneys for Plaintiff SB2, INC.

10

11

12

13

14  3369086_1.DOC

CERTIFICATE OF SERVICE
U.S. District Court, Northern District of California,
*SB2, Inc. v. Alexion Pharmaceuticals, Inc.*
Case No. C-08-00730 WDB

I, Kirsten Blue, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12235 El Camino Real, Ste. 200, San Diego, CA, 92130.

On May 29, 2008, I served a copy(ies) of the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-7581<br>Facsimile: (302) 655-5049 | Agent for Service for Defendant<br>ALEXION PHARMACEUTICALS, INC. |
| Gerald J. Flattmann, Jr.<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Telephone: (212) 446-4720<br>Facsimile: (212) 446-4900 | Attorney for Defendant ALEXION PHARMACEUTICALS, INC. |

☒ (BY FACSIMILE) I caused to be transmitted by facsimile machine tot he above listed names and facsimile numbers (number of sending facsimile machine is (858) 350-2399). The facsimile transmission(s) was/were reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct, and that this declaration was executed on May 29, 2008.

_____
Kirsten Blue